00RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MARK GOLDBERG

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14-00016-MMC |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE: BOND MODIFICATION |
| MARK GOLDBERG, et al., | |
| Defendants | |

UPON GOOD CAUSE having been shown in defendant's Unopposed Motion,

IT IS HEREBY ORDERED that the conditions of pretrial release for Mark Goldberg be modified to permit his unrestricted travel throughout the United States with prior notice and an itinerary of his travel provided to Pretrial Services.

Date: July 20, 2015

_____
MAXINE M. CHESNEY
United States District Court Judge