RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MARK GOLDBERG

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14-16-MMC |
| Plaintiff, | ORDER APPROVING |
| vs. | **STIPULATION ~~AND PROPOSED ORDER~~ TO MODIFY TERMS OF PRETRIAL RELEASE** |
| MARK GOLDBERG, et al., | |
| Defendants | |

Defendant Mark Goldberg, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Damali Taylor hereby stipulate and agree to amend the terms of his pretrial release to delete the condition of drug testing.  Mr. Goldberg has been compliant with this condition since the posting of this bond and Pretrial Services has no objection to removing that condition at this time.

///
///
///
///
///
///
///

1  All of the previous terms of the release bond remain in effect

3  Date: October 21, 2016                                    /s/
4                                                            DAMALI TAYLOR
                                                             Assistant United States Attorney

6  Date: October 21, 2016                                    /s/
7                                                            RANDY SUE POLLOCK
                                                             Counsel for Defendant Mark Goldberg

11 SO ORDERED:
12 Date: October 25, 2016                                    MAXINE M. CHESNEY
                                                             United States District Court Judge